**No. 11-7449. Hassie Megrave, Petitioner v. California.**

565 U.S. 1166, 132 S. Ct. 1113, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 885.

January 17, 2012. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 11-7450. Jerome Clarke, Petitioner v. Sharon Lewis, et al.**

565 U.S. 1166, 132 S. Ct. 1113, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 765.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7451. Dennis Andrew Ball, Petitioner v. City of Peoria, Arizona, et al.**

565 U.S. 1166, 132 S. Ct. 1113, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 757.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 426 Fed. Appx. 481.

**No. 11-7452. Archie Bear, Petitioner v. John Fayram, Warden.**

565 U.S. 1166, 132 S. Ct. 1113, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 870,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 650 F.3d 1120.

**No. 11-7453. James Nathaniel Evans, Petitioner v. Jamie Baker, Warden, et al.**

565 U.S. 1166, 132 S. Ct. 1113, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 767.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 442 Fed. Appx. 108.

**No. 11-7455. Kurt Jones, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.**

565 U.S. 1166, 132 S. Ct. 1113, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 842.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7456. Joshua Wayne Shattuck, Petitioner v. M. S. Evans, Warden.**

565 U.S. 1166, 132 S. Ct. 1114, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 792.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7460. Ray Richard Renfro, Petitioner v. William Knipp, Warden.**

565 U.S. 1166, 132 S. Ct. 1114, 181 L. Ed. 2d 995, 2012 U.S. LEXIS 856.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.